UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATRESHA DAWSON, )<br>9631 Reiker Drive )<br>Upper Marlboro, MD 20774 )<br> )<br> )<br>            **Plaintiff,** )<br>    v. )<br> )   Civil Action No. 07-1354 (RJL)<br> )   (ECF)<br>SCOTT J. BLOCH, SPECIAL COUNSEL )<br>U.S. Office of Special Counsel )<br>1730 M Street, N.W., Suite 218 )<br>Washington, D.C. 20036-4505 )<br> )<br>            **Defendant.** )<br> ) | |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni,

Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Richard Condit,** via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851