CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATRESHA DAWSON
    Plaintiff(s)

Civil Action No. 1:07-cv-01354-RJL

vs.

SCOTT J. BLOCH, SPECIAL COUNSEL
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Karen Gray, hereby state that:

On the 20th day of August, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Civil Process Clerk, United States Attorney, Judiciary Center Building, 555 Fourth Street, NW Washington, DC 20530

I have received the receipt for the certified mail, No. 70062150000113628055 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 24th day of August, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

September 18, 2007
(Date)

_____
(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CIVIL PROCESS CLERK
   UNITED STATES ATTORNEY
   JUDICIARY CENTER BLDG
   555 FOURTH STREET, NW
   WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   AUG 24 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2150 0001 1362 8055

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-15

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

GOVERNMENT ACCOUNTABILITY PROJECT
1612 K ST, NW, SUITE 1100
WASHINGTON DC 20036

RECEIVED
AUG 30 2007

ATTN: K. GRAY