UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATRESHA DAWSON, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>SCOTT J. BLOCH )<br>Special Counsel )<br>)<br>    Defendant. )<br>) | Civil Action No. 07-1354 (RJL)<br>(ECF) |

**CONSENT MOTION TO ENLARGE TIME TO**
**ANSWER THE COMPLAINT**

Defendant, United States Office of Special Counsel, hereby moves for a 30-day extension of time to file an answer to the Plaintiff's Complaint, through and including November 26, 2007. Good cause exists to grant this motion.

1. Defendant's Response is due on October 26, 2007.

2. Plaintiff's counsel had previously advised that they anticipated filing an amended complaint before October 26, 2007. However, on the evening of October 24, 2007, undersigned counsel was advised that extension of the answer time should be sought, out of an abundance of caution.

3. This is the first enlargement request made for this deadline.

WHEREFORE, Defendant requests that this enlargement be granted. A minute order is requested.

Dated: October 25, 2007.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 3050-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2007, I caused the foregoing Consent Motion for Enlargement of Time to Answer the Complaint to be served on Plaintiff's attorney, **Richard E. Condit**, via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851