# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATRESHA DAWSON, )<br>)<br>Plaintiff, )<br>) Civil Action No. 07-1354 (RJL)<br>v. )<br>)<br>SCOTT J. BLOCH, SPECIAL COUNSEL, )<br>U.S. OFFICE OF SPECIAL COUNSEL, )<br>)<br>Defendant. )<br>) | |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Scott J. Bloch, Special Counsel, U.S. Office of Special Counsel, respectfully requests an extension of time of two weeks to, and including, December 10, 2007, in which to file an answer or otherwise respond to the complaint in this case, which arises, in part, under Title VII of the Civil Rights Act, and involves allegations of employment discrimination. Defendant's answer is currently due today. This is the second request for an enlargement of time, and the first by undersigned counsel, who is also entering an appearance in this case. Plaintiff was advised of this request through counsel and consented to the enlargement.

The defendant requests an enlargement of time because this case has been reassigned to the undersigned Assistant United States Attorney, who transferred to the Civil Division on November 5, 2007, has been assigned a number of other cases with pending matters, and will need additional time to review the case files, and to confer and consult with agency counsel, prior to responding to the complaint.

WHEREFORE, the defendant respectfully requests an enlargement of time of two weeks to file an answer or otherwise respond to the complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **NATRESHA DAWSON,** | ) |
| **Plaintiff,** | ) |
|  | ) Civil Action No. 07-1354 (RJL) |
| v. | ) |
| **SCOTT J. BLOCH, SPECIAL COUNSEL,** | ) |
| **U.S. OFFICE OF SPECIAL COUNSEL,** | ) |
| **Defendant.** | ) |

## ORDER

Upon Consideration of the Defendants' Consent Motion for Enlargement of Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by December 10, 2007.

It is **SO ORDERED** this _____ day of November, 2007.

_____
RICHARD J. LEON
United States District Judge