IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NATRESHA DAWSON,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SCOTT J. BLOCH, SPECIAL COUNSEL,** ) <br> **U.S. OFFICE OF SPECIAL COUNSEL,** ) <br> ) <br> **Defendant.** ) <br> ) | **Civil Action No. 07-1354 (RJL)** |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

Plaintiff, Natresha Dawson, and Defendant, Scott J. Bloch, Special Counsel, U.S. Office of Special Counsel, respectfully request an enlargement of time of 35 days to, and including January 30, 2008, for the parties for file the Joint Report of Local Rule 16.3 conference in this case, which arises under Title VII of the Civil Rights Act and involves allegations of employment discrimination. The joint report was due on December 26, 2007, and this is the first request for additional time to file the report.[1] The parties rely on the following points and authorities in support of this motion:

---

[1] This deadline was inadvertently allowed to pass, however, because it fell between Christmas and New Year's Day. Under the circumstances, we submit that this oversight constitutes "excusable neglect" within the meaning of Fed. R. Civ. P. 6(b)(2) because the delay will result in no prejudice to plaintiff, will have no materially adverse effect upon the Court's consideration of this case, and was the result of a good faith mistake. See In re: Vitamins Antitrust Class, 327 F.3d 1207 (D.C. Cir. 2003). See generally Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993).

1. The complaint was filed on August 21, 2007, and Defendant filed an answer on December 10, 2007. The parties conducted a telephonic conference to discuss the case on December 18, 2007. Plaintiff was represented by co-counsel, Thad Guyer, Esquire, and Defendant was represented by undersigned counsel. Defendant agreed to revive a settlement offer proposed during the administrative stage of this litigation, and Plaintiff's counsel agreed that there was a realistic possibility of a settlement of Plaintiff's claims in this case.

2. Accordingly, the parties have agreed that additional time is required to discuss the details of a possible settlement and that the Local Rule 16.3 Joint Report should be filed after settlement negotiations have been completed. The parties will advise the Court of the status of the negotiations prior to the extended deadline.

WHEREFORE, the parties respectfully request an enlargement of time of 35 days to file a Local Rule 16.3 Joint Report.

Respectfully submitted,

/s/
Richard E. Condit
Law Offices
1612 K Street, NW, Suite 1100
Washington, DC 20006
(202) 408-0034
Fax: (202) 318-3211
r1condit1@earthlink.net
Richardc@whistleblower.org

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **NATRESHA DAWSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 07-1354 (RJL)** |
| **v.** ) | |
| ) | |
| **SCOTT J. BLOCH, SPECIAL COUNSEL,** ) | |
| **U.S. OFFICE OF SPECIAL COUNSEL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon Consideration of the Joint Motion for Extension of Time to File Joint Report of Local Rule 16.3 Conference, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the parties shall file the Joint Report by January 30, 2008.

It is **SO ORDERED** this _____ day of January, 2008.

RICHARD J. LEON
United States District Judge