IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATRESHA DAWSON,              )<br>                                              )<br>           Plaintiff,                    )<br>                                              )   Civil Action No. 07-1354 (RJL)<br>       v.                                    )<br>                                              )<br>SCOTT J. BLOCH, SPECIAL COUNSEL,  )<br>U.S. OFFICE OF SPECIAL COUNSEL,   )<br>                                              )<br>           Defendant.                 )<br>                                              ) | |

**THIRD JOINT MOTION FOR EXTENSION OF TIME
TO FILE JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE**

Plaintiff, Natresha Dawson, and Defendant, Scott J. Bloch, Special Counsel, U.S. Office of Special Counsel, respectfully request an additional enlargement of time of 30 days to, and including March 31, 2008, for the parties to file the Joint Report of Local Rule 16.3 conference in this case, which arises under Title VII of the Civil Rights Act and involves allegations of employment discrimination. The report is due on February 29, 2008, by order of this court, to allow the parties additional time to conduct settlement discussions. This is the third request for additional time to file the report. The parties rely on the following points and authorities in support of this motion, and have agreed that defendant may file this motion on behalf of the parties:

1.   The parties request a third extension of time to file the joint report because settlement discussions are ongoing. As indicated in the first extension request, the parties conducted a telephonic settlement conference on December 18, 2007. Plaintiff was represented by co-counsel, Thad Guyer, Esquire, and Defendant was represented by Assistant United States Attorney John Interrante and agency counsel. The parties have since exchanged information requested during the

conference call and are in the process of reviewing the information. The parties have identified the issues that will be included in any settlement agreement, have reached an agreement as to most of the items, and are discussing the remaining issues. At this point, the parties agree that there is a realistic possibility of a settlement of plaintiff's claims in this case.

2. Accordingly, the parties have agreed that additional time is required to discuss the details of a possible settlement and that the Local Rule 16.3 Joint Report should be filed after settlement negotiations have been completed. The parties will advise the Court of the status of the negotiations prior to the extended deadline.

WHEREFORE, the parties respectfully request an enlargement of time of 30 days to file a Local Rule 16.3 Joint Report. A proposed Order is submitted herewith.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **NATRESHA DAWSON,** )<br>)<br>Plaintiff, )<br>) **Civil Action No. 07-1354 (RJL)**<br>v. )<br>)<br>**SCOTT J. BLOCH, SPECIAL COUNSEL,** )<br>**U.S. OFFICE OF SPECIAL COUNSEL,** )<br>)<br>Defendant. )<br>) | |

**ORDER**

Upon Consideration of the Third Joint Motion for Extension of Time to File Joint Report of Local Rule 16.3 Conference, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the parties shall file the Joint Report by March 31, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
RICHARD J. LEON
United States District Judge