**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**NATRESHA DAWSON,**

    Plaintiff**,**

                          Civil Action No. 07-1354 (RJL)

**v.**

**SCOTT J. BLOCH, SPECIAL COUNSEL,
U.S. OFFICE OF SPECIAL COUNSEL,**

    Defendant.

_____

**CONSENT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff, through counsel, with the consent of defendant, moves to continue the Scheduling Conference set for 5/6/2008 11:00 AM in Courtroom 18 before Judge Richard J. Leon, (entered on 04/14/2008). The continuance is requested for two weeks.

The reason for this request is that co-counsel who is the primary attorney for plaintiff will continue to be in trial on the above date in the U.S. District Court,

Eastern District of Tennessee in *Walton v. Nova/U.S. Bank*, 3:06-cv-292. [1]

Plaintiff's counsel had hoped this trial would conclude on May 2, 2008, but it is now obvious the trial will continue to its end date of Tuesday, May 6, 2008.

Co-counsel Thad M. Guyer has handled all of the settlement discussions and scheduling in this case, and his attendance at the Scheduling Conference is a practical necessity.

WHEREFORE, Plaintiff requests that the Scheduling Conference be continued for two weeks.

Respectfully submitted,

/s/ /s/

_____
Richard E. Condit
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, DC 20006
202.408.0034
Richardc@whistleblower.org

Attorney for Plaintiff

---

[1] *See*, Case Number 3:06-cv-292, Document Number 68, Minute Entry for Jury Trial held on April 28, 2008 before District Judge Thomas A Varlan: Day 1 of Jury Trial with Voir Dire held. Introduction of evidence for pltf begun.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2008, I caused the foregoing Consent Motion to Continue Scheduling Conference and Proposed Order for on Defendant's attorney,

JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

April 30, 2008

//ss//
_____
RICHARD E. CONDIT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**NATRESHA DAWSON,**

    Plaintiff**,**

                              Civil Action No. 07-1354 (RJL)

**v.**

**SCOTT J. BLOCH, SPECIAL COUNSEL,**
**U.S. OFFICE OF SPECIAL COUNSEL,**

    Defendant.

_____

## **ORDER**

Upon Consideration of the Consent Motion to Continue Scheduling Conference, and for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is **SO ORDERED** this ____ day of April, 2008.

_____
RICHARD J. LEON
United States District Judge