UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATRESHA DAWSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1354 (RJL) ) |
| SCOTT J. BLOCH, SPECIAL COUNSEL, U.S. OFFICE OF SPECIAL COUNSEL, | ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

          /s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., NW
Washington, D.C. 20530
(202) 514-5134
(202) 514-8780 (fax)
Megan.weis@usdoj.gov