UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATRESHA DAWSON**,<br><br>          Plaintiff,<br>v.<br><br>**SCOTT J. BLOCH, SPECIAL COUNSEL**<br>**U.S. OFFICE OF SPECIAL COUNSEL**<br><br>          Defendant. | Case No. 07cv1354 (RJL) |

**MOTION FOR ADMISSION *PRO HAC VICE***

**OF THAD M. GUYER**

    COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Thad M. Guyer to appear and participate in proceedings in this Court in the above referenced action as counsel for plaintiff Natresha Dawson. The grounds for this motion are set forth in the attached hereto and incorporated herein signed declaration of Mr. Guyer.

    The undersigned is a member in good standing of the Bar of the United States District Court of the District of Columbia with whom Mr. Guyer will be associated in this case.  Further, the Motion is unopposed.

WHEREFORE, for these and other reasons, I respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Respectfully submitted,

*/s/ Richard E. Condit*

_____
Richard E. Condit (D.C. Bar No. 417786)
Senior Counsel
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel (202) 408-0034
Fax (202) 408-9855

Dated: May 29, 2008

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing motion upon lead counsel for the defendant by ECF and by email at the following address:

JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

Filed with:

Clerk of Court
United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001
Phone: 202-354-3000


*/s/ Richard E. Condit*

_____
Richard E. Condit (D.C. Bar No. 417786)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATRESHA DAWSON**,<br><br>            Plaintiff,<br>v.<br><br>**SCOTT J. BLOCH, SPECIAL COUNSEL**<br>**U.S. OFFICE OF SPECIAL COUNSEL**<br><br>            Defendant. | **Case No. 07cv1354 (RJL)** |

**DECLARATION OF THAD M. GUYER**

THAD M. GUYER hereby certifies that:

1. My full name is Thad M. Guyer;

2. My contact information is:

   T.M. GUYER AND AYERS & FRIENDS, P.C.
   116 Mistletoe Street
   P.O. Box 1061
   Medford, Oregon 97501
   Tel. 541-210-1305
   Fax 888-866-4720
   Eml. thad@whistleblowerdefenders.com

3. I am licensed to practice law before the highest court of the state(s) of Oregon and Tennessee. I am an inactive member of the Arkansas Bar.

4. I am in good standing with all Courts to which I have been admitted and have not been disciplined by any bar.

5. Within the past two years, I have been admitted *pro hac vice* in the following action(s) before this Court: *Munsell vs. USDA*, Civ. No. 1:04-CV-01745 (RCL).

1

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 17th day of May, 2008.

_____
Thad M. Guyer (Oregon State Bar # 82144)
(Tennessee State Bar # 6167)

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATRESHA DAWSON**,<br><br>        Plaintiff,<br><br>v.<br><br>**SCOTT J. BLOCH, SPECIAL COUNSEL**<br>**U.S. OFFICE OF SPECIAL COUNSEL**<br><br>        Defendant. | **Case No. 07cv1354 (RJL)** |

**ORDER**

Upon consideration of the unopposed motion to admit Thad Guyer *pro hac vice*, the Motion is hereby **GRANTED**.

Dated this _____ day of May, 2008.

_____
RICHARD J. LEON
U.S. DISTRICT JUDGE