**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATRESHA DAWSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 07-1354 (RJL) |
| **v.** ) | ECF |
| ) | |
| **Scott J. Bloch, Special Counsel,** ) | |
| **U.S. Office of Special Counsel,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## AMENDED SCHEDULING ORDER

As discussed in the Parties' Joint Report submitted to the Court on March 31, 2008, the parties have represented to the Court that a settlement is likely in the instant case. Both Defendant and Plaintiff continue to believe that settlement is possible, but that it will be necessary to schedule a mediation. Defendant by and through undersigned counsel, with the consent of Plaintiff, respectfully requests a mediation period of 60 days prior to the commencement of discovery in the instant case and propose that the Court appoint a Magistrate Judge to conduct the mediation. An Amended Scheduling Order incorporating the parties' suggestions is attached.

Dated: June 9, 2008

                        Respectfully submitted,

_/s/_____         _/s/_____

Richard E. Condit                                    JEFFREY A. TAYLOR, D.C. Bar #498610
Law Offices                                                United States Attorney
1612 K Street, NW, Suite 1100
Washington, DC 20006
(202) 408-0034                                          _/s/_____
Fax: (202) 318-3211
r1condit1@earthlink.net                           RUDOLPH CONTRERAS, D.C. BAR #434122
Richardc@whistleblower.org                 Assistant United States Attorney

                                                 _/s/_____

                                                 MEGAN M. WEIS

                                                 Special Assistant U.S. Attorney

                                                 United States Attorney's Office

                                                 Civil Division

                                                 555 4th Street, NW

                                                 Washington, D.C. 20530

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATRESHA DAWSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 07-1354 (RJL)** |
| v. ) | **ECF** |
| ) | |
| **Scott J. Bloch, Special Counsel,** ) | |
| **U.S. Office of Special Counsel,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**AMENDED SCHEDULING ORDER**

Upon Consideration of the Joint Report of Local Rule 16.3 Conference, and the entire record herein, it is hereby

ORDERED that mediation shall commence upon issuance of this order and last for a period of 60 days.

ORDERED that discovery shall commence 60 days after issuance of this order.

ORDERED that the parties shall serve the initial disclosures required by Fed. R. Civ. P. 26(a)(1) within 30 days after the commencement of fact discovery;

ORDERED that discovery shall be subject to the limits of the Federal Rules of Civil Procedure and the Local Rules, and each party is expressly limited to 25 interrogatories, 25 requests for production of documents, 25 requests for admission, and 10 depositions;

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2), except that plaintiff's experts shall be designated no later than 60 calendar days after the commencement of discovery; defendant's experts shall be designated no later than 30 calendar days thereafter; plaintiff's expert reports shall be due 60 calendar days prior to close of

discovery; and defendant's expert reports shall be due 30 calendar days after service of plaintiff's expert disclosures; and it is further

    ORDERED that any summary judgment motions be due within 45 calendar days after the close of discovery, oppositions due within 30 calendar days thereafter, and replies due within 21 calendar days thereafter


It is SO ORDERED this _____day of _____, 2008.

    .

                        _____

                        HON. RICHARD J. LEON

                        United States District Judge