REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: H

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>07-1354 | DATE REFERRED:<br>6/9/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDITATION | JUDGE:<br>LEON | MAG. JUDGE |

| PLAINTIFF(S):<br>NATRESHA DAWSON | DEFENDANT(S):<br>SCOTT J BLOCH |
|---|---|

| ENTRIES: |
|---|
| 60 DAY REFERRAL; STATUS SET BEFORE JDG LEON ON 9/12/08 |