IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATRESHA DAWSON,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>Scott J. Bloch, Special Counsel,   )<br>U.S. Office of Special Counsel,   )<br>  )<br>Defendant.   )<br>_____) | Civil Action No. 07-1354 (RJL)<br>ECF |

## AMENDED SCHEDULING ORDER

Upon Consideration of the Joint Report of Local Rule 16.3 Conference, and the entire record herein, it is hereby

ORDERED that mediation shall commence upon issuance of this order and last for a period of 60 days.

ORDERED that discovery shall commence 60 days after issuance of this order.

ORDERED that the parties shall serve the initial disclosures required by Fed. R. Civ. P. 26(a)(1) within 30 days after the commencement of fact discovery;

ORDERED that discovery shall be subject to the limits of the Federal Rules of Civil Procedure and the Local Rules, and each party is expressly limited to 25 interrogatories, 25 requests for production of documents, 25 requests for admission, and 10 depositions;

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2), except that plaintiff's experts shall be designated no later than 60 calendar days after the commencement of discovery; defendant's experts shall be designated no later than 30 calendar days thereafter; plaintiff's expert reports shall be due 60 calendar days prior to close of

discovery; and defendant's expert reports shall be due 30 calendar days after service of plaintiff's expert disclosures; and it is further

ORDERED that any summary judgment motions be due within 45 calendar days after the close of discovery, oppositions due within 30 calendar days thereafter, and replies due within 21 calendar days thereafter

It is SO ORDERED this __13th__ day of __June__, ~~2008~~.

_____

HON. RICHARD J. LEON

United States District Judge