REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>07CV1354 | DATE REFERRED:<br>6/13/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>RICHARD LEON | MAG. JUDGE<br>JUDGE FACIOLA |

| PLAINTIFF(S):<br>NATRESHA DAWSON | DEFENDANT(S):<br>SCOTT BLOCH |
|---|---|

ENTRIES: